AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Briccetti, Vincent L. | 2. Court or Organization<br><br>U.S. District Court, Southern District of New York | 3. Date of Report<br><br>05/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>300 Quarropas Street<br>White Plains, NY 10601 |
|---|
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Director | Fordham Law Alumni Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Greenwich Anesthesiology Associates, P.C. - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | Oct. 25-27, 2013 | Lenox, MA | Bar association meeting and CLE seminar | Meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Dovenmuehle Mortgage Inc. | Mortgage partially on rental property | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental property #1, South Salem, NY (1993, $62,458) | D | Rent | L | R | | | | | |
| 2. | Chase Bank, various accounts | A | Interest | L | T | | | | | |
| 3. | Fidelity Growth Company Fund | A | Dividend | K | T | | | | | |
| 4. | Fidelity NY Muni MM Fund | A | Dividend | J | T | | | | | |
| 5. | NMIS General NY MM Fund Class B | A | Dividend | K | T | | | | | |
| 6. | Vanguard NY LT Tax-Exempt Fund Investor | A | Dividend | J | T | | | | | |
| 7. | IRA #1 | | None | | | | | | | |
| 8. | - Vanguard Growth & Income Fund | | None | | | Sold | 01/22/13 | K | | |
| 9. | - Vanguard 500 Index Fund | | None | | | Sold | 01/22/13 | K | | |
| 10. | - Vanguard Windsor II Fund | | None | | | Sold | 01/22/13 | K | | |
| 11. | - Vanguard Wellington Fund | | None | | | Sold | 01/22/13 | L | | |
| 12. | IRA #2 | | None | | | | | | | |
| 13. | - Vanguard Growth & Income Fund | | None | | | Sold | 01/18/13 | K | | |
| 14. | - Vanguard 500 Index Fund | | None | | | Sold | 01/18/13 | K | | |
| 15. | - Vanguard Windsor II Fund | | None | | | Sold | 01/18/13 | K | | |
| 16. | - Vanguard Wellington Fund | | None | | | Sold | 01/18/13 | L | | |
| 17. | IRA #3 | E | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - T Rowe Price Summit Cash Reserves | | | | | | | | | |
| 19. - T Rowe Price Blue Chip Growth Fund | | | | | Buy | 01/14/13 | K | | |
| 20. | | | | | Buy (add'l) | 02/01/13 | K | | |
| 21. - T Rowe Price Equity Income Fund | | | | | Buy | 01/14/13 | K | | |
| 22. | | | | | Buy (add'l) | 02/01/13 | K | | |
| 23. - T Rowe Price Mid-Cap Growth Fund | | | | | Buy | 01/14/13 | K | | |
| 24. - T Rowe Price Mid-Cap Value Fund | | | | | Buy | 01/14/13 | K | | |
| 25. - T Rowe Price Small-Cap Stock Fund | | | | | Buy | 01/14/13 | K | | |
| 26. - T Rowe Price Spectrum International Fund | | | | | Buy | 01/14/13 | M | | |
| 27. - T Rowe Price Emerging Markets Bond Fund | | | | | Buy | 01/14/13 | J | | |
| 28. | | | | | Buy (add'l) | 02/01/13 | J | | |
| 29. - T Rowe Price High Yield Fund | | | | | Buy | 01/14/13 | K | | |
| 30. - T Rowe Price International Bond Fund | | | | | Buy | 02/01/13 | J | | |
| 31. - T Rowe Price New Income Fund | | | | | Buy | 01/14/13 | M | | |
| 32. | | | | | Buy (add'l) | 02/01/13 | J | | |
| 33. IRA #4 | C | Dividend | M | T | Buy | 01/22/13 | M | | |
| 34. - T Rowe Price Summit Cash Reserves | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - T Rowe Price Blue Chip Growth Fund | | | | | Buy | 02/01/13 | K | | |
| 36. - T Rowe Price Equity Income Fund | | | | | Buy | 02/01/13 | K | | |
| 37. - T Rowe Price Spectrum International Fund | | | | | Buy | 02/01/13 | J | | |
| 38. - T Rowe Price New Income Fund | | | | | Buy | 02/01/13 | K | | |
| 39. 401(K) #2 | D | Dividend | N | T | | | | | |
| 40. - Vanguard Wellington Fund | | | | | | | | | |
| 41. Northwestern Mutual Whole Life Policy | B | Dividend | L | T | | | | | |
| 42. Northwestern Variable Life Policy #1 | A | Dividend | L | T | | | | | |
| 43. - Northwestern MM | | | | | | | | | |
| 44. - Northwestern Balanced | | | | | | | | | |
| 45. - Northwestern Index 500 Stock | | | | | | | | | |
| 46. - Northwestern Growth Stock | | | | | | | | | |
| 47. - Northwestern Index 400 Stock | | | | | | | | | |
| 48. - Northwestern Small Cap Growth Stock | | | | | | | | | |
| 49. - Northwestern Russell Global Real Estate Securities | | | | | | | | | |
| 50. Northwestern Variable Life Policy #2 | B | Dividend | L | T | | | | | |
| 51. - Northwestern MM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Northwestern Balanced | | | | | | | | | |
| 53.  - Northwestern Index 500 Stock | | | | | | | | | |
| 54.  - Northwestern Growth Stock | | | | | | | | | |
| 55.  - Northwestern Index 400 Stock | | | | | | | | | |
| 56.  - Northwestern Small Cap Growth Stock | | | | | | | | | |
| 57.  - Northwestern Russell Global Real Estate Securities | | | | | | | | | |
| 58.  Trust #1 | C | Int./Div. | M | T | | | | | |
| 59.  - DWS Global High Income Plus Fund | | | | | | | | | |
| 60.  - DWS NY Tax Free Income Fund | | | | | | | | | |
| 61.  - Croton Harmon NY Union Free School Tax Ex Muni Bond | | | | | | | | | |
| 62.  - Monroe Cnty NY ARPT Auth Rev Tax Ex Muni Bond | | | | | | | | | |
| 63.  - NY Insured Municipal Income Trust Series No. 190 | | | | | | | | | |
| 64.  - NY Insured Municipal Income Trust Series No. 160 | | | | | | | | | |
| 65.  - NY Insured Municipal Income Trust Series No. 171 | | | | | | | | | |
| 66.  - Edward Jones MM | | | | | | | | | |
| 67.  - MetLife Investors Fixed Annuity | | | | | | | | | |
| 68.  - GE Capital Retail Bank Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Goldman Sachs Bank USA Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 7:  All of the assets in IRA #1 were sold and the proceeds were entirely reinvested in IRA #3.

Part VII, line 12:  All of the assets in IRA #2 were sold and the proceeds were entirely reinvested in new IRA #4.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Vincent L. Briccetti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544